## UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | **Crim. No. 06-91-P-S |
| PETRAIA MARITIME, LTD., ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 28, 2007, his Recommended Decision (Docket No. 49). Defendant filed its Objections to the Recommended Decision (Docket Nos. 51 and 52) on March 19, 2007. The Government filed its Responses to Defendant's Objections (Docket Nos. 54 and 55) on April 4, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. Defendant's Motions to Dismiss (Docket No. 21) and to Suppress (Docket No. 25) are hereby **DENIED**.

3. Defendant's request for an evidentiary hearing on its Motion to Suppress is therefore **MOOT**.

/s/George Z. Singal
George Z. Singal
Chief U.S. District Judge

Dated: April 6, 2007